F. G. WHITENER v. NAN G. WHITENER.

(Filed 22 November, 1961.)

APPEAL by defendant from *Fountain, S.J.,* February 1961 Term of CABARRUS.

Plaintiff instituted this action for an absolute divorce on the ground of two years separation. G.S. 50-6. Defendant answered and counterclaimed for alimony without divorce (G.S. 50-16), alleging that plaintiff wrongfully and wilfully abandoned her.

At the trial the evidence was conflicting as to whether or not plaintiff had wilfully abandoned defendant. Plaintiff testified that the separation was by mutual consent. There was also a conflict of evidence as to whether or not plaintiff had contributed to defendant's support after the separation.

Appropriate issues were submitted to the jury and were answered in favor of plaintiff. Judgment was entered granting plaintiff an absolute divorce.

Defendant appealed.

STATE *v.* JERNIGAN.

*Williams, Willeford & Boger for plaintiff.*
*Robert C. Llewellyn for defendant.*

PER CURIAM. There are nine assignments of error. We have carefully examined and considered each of them. We find no error sufficiently prejudicial to justify this Court in disturbing the judgment entered. The questions raised on appeal involve no novel or unusual legal matters.

In the trial of the cause we perceive

No error.